**Fill in this information to identify the case:**

Debtor 1    Robin Ann Edwards

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Middle    District of    Georgia
                                                                 (State)

Case number    17-31058

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim**. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer

**Court claim No. (if known):** 3

**Last 4 digits** of any number you use to identify the debtor's account: 1043

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice:

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney Fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 01/24/2018 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Preparation of 410A | 01/24/2018 | (11) | $ 250.00 |
| 12. Other. Specify: Plan review | 10/25/2017 | (12) | $ 150.00 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

| Debtor 1 | Robin | Ann | Edwards | Case Number *(if known)* | 17-31058 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ **Andrew H. McCullen**
Signature

Date **February 26, 2018**

Print: Andrew H. McCullen
        First Name    Middle Name    Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 3575 Piedmont Rd N.E. Suite 500
          Number          Street

Atlanta        GA        30305
City           State     Zip Code

Contact phone (404)994-7700

Email amccullen@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA - ATHENS DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 17-31058 |
| | ) |
| ROBIN ANN EDWARDS, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 28, 2018, I served a copy of Notice of Postpetition Mortgage Fees, Expenses, and Charges which was filed in this bankruptcy matter on February 28, 2018, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

Courtney M. Davis

Camille Hope

**The following parties have been served via U.S. First Class Mail**:

Robin Ann Edwards
1029 Whiteside Drive
Elberton, GA 30635

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: February 28, 2018         Signature: /s/Melissa Gonzalez
                                 Printed Name: MELISSA GONZALEZ
                                 Address:    Aldridge Pite, LLP
                                             Fifteen Piedmont Center
                                             3575 Piedmont Road, N.E.,
                                             Suite 500, Atlanta, GA 30305
                                 Phone:      (404) 994-7400
                                 Fax:        (888) 873-6147