UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 13 |
| ROBIN ANN EDWARDS, | * | |
| Debtor. | * | CASE NO. 17-31058-JPS |
| | * | |
| ROBIN ANN EDWARDS, | * | |
| Objector | * | CONTESTED MATTER |
| | * | |
| vs. | * | |
| | * | |
| FEDERAL NATIONAL MORTGAGE | * | |
| ASSOC ("FANNIE MAE"), by | * | |
| SETERUS, INC., as the authorized | * | |
| subservicer, | * | |
| Respondent. | * | |

**OBJECTION TO POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

COMES NOW ROBIN ANN EDWARDS, Debtor and Objector, (hereinafter referred to as "Debtor") and objects to the Notice of Postpetition Mortgage Fees, Expenses, and Charges of FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), BY SETERUS, INC., AS THE AUTHORIZED SUBSERVICER ("Respondent") as follows:

1.

Respondent has filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges ("Notice") in this case, which supplements the Proof of Claim Respondent previously filed in this case (Claim #3).

2.

The Notice submitted by Respondent includes fees incurred on October 25, 2017 in the amount of $150.00 for "plan review," on January 24, 2018 in the amount of $500.00 for "bankruptcy/proof of claim fees," and again on January 24, 2018 in the amount of $250.00 for

the "preparation of 410A." The total claim for postpetition fees, expenses and charges is $900.00.

3.

Debtor objects to the amount of the fees requested by Respondent. The fees are significantly more than is customary under similar circumstances, the Court typically limiting such fees to $150.00 for similar services, and the Respondent offers no evidence to support the excessive fees.

4.

The Itemized Postepetition Fees, Expenses and Charges as stated in the Notice of Postpetition Fees, Expenses and Charges should be limited to $150.00.

WHEREFORE, the Debtor requests:

(a)  that the Notice as filed by the Respondent be disallowed; and

(b)  for such further relief as the Court allows.

This 27 day of March, 2018.

                                            HARRIS & DAVIS, P.C.

                                            BY: _____
                                            COURTNEY M. DAVIS
                                            State Bar No. 532131
                                            Attorney for Debtors/Objectors

P.O. Box 1586
Athens, Georgia 30603
706-613-1953
cdavis@harrisdavispc.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 13 |
| ROBIN ANN EDWARDS, | * | |
| Debtor. | * | CASE NO. 17-31058-JPS |
| | * | |
| ROBIN ANN EDWARDS, | * | |
| Objector | * | CONTESTED MATTER |
| | * | |
| vs. | * | |
| | * | |
| FEDERAL NATIONAL MORTGAGE | * | |
| ASSOC ("FANNIE MAE"), by | * | |
| SETERUS, INC., as the authorized | * | |
| subservicer, | * | |
| Respondent. | * | |

## NOTICE OF OBJECTION

ROBIN ANN EDWARDS HAS FILED AN OBJECTION TO POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES IN THIS BANKRUPTCY CASE.

**Your claim may be reduced, modified, or eliminated. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **April 26, 2018** pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Clerk, U. S. Bankruptcy Court
Middle District of Georgia
P. O. Box 1957
Macon, Georgia 31202
478-752-3506

**If a response is filed, a hearing on the objection to your claim shall be held on:**

**May 23, 2018 at 2:00 p.m. in the United States Courtroom, Second Floor, Post Office Building, 115 E. Hancock Avenue, Athens, GA 30601.**

If you mail your response to the court for filing, you shall send it early enough so the court will **receive** the response on or before the response date stated above.
Any response shall also be served on the objecting party.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim.**

This notice is sent by the undersigned pursuant to Local Bankruptcy Rules 9004-1(c)(5) and 9007-1.

Dated this 27 day of March, 2018.

HARRIS & DAVIS, P.C.

PO Box 1586
Athens, GA 30603
(706) 613-1953
cdavis@harrisdavispc.com

COURTNEY M. DAVIS
Attorney for Debtor/Movant
State Bar No. 532131

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 13 |
| ROBIN ANN EDWARDS, | * | |
| Debtor. | * | CASE NO. 17-31058-JPS |
| | * | |
| ROBIN ANN EDWARDS, | * | |
| Objector | * | CONTESTED MATTER |
| | * | |
| vs. | * | |
| | * | |
| FEDERAL NATIONAL MORTGAGE ASSOC ("FANNIE MAE"), by SETERUS, INC., as the authorized subservicer, | * * * | |
| Respondent. | * | |

**CERTIFICATE OF SERVICE**

I certify that I have this day or previously served a copy of the foregoing **OBJECTION TO POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES** and **NOTICE** in the manner required by law and addressed to the following:

Melissa Gonzalez
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, NE
Suite 500
Atlanta, GA 3305

Seterus, Inc.
P.O. Box 1047
Hartford, CT 06143

and electronically to the address on file with the Court to:

Ms. Camille Hope, Chapter 13 Trustee

This 27 day of March, 2018.

_____
COURTNEY M. DAVIS