**SO ORDERED.**

**SIGNED this 5 day of May, 2018.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| IN RE: | * |
| | *   CHAPTER 13 |
| ROBIN ANN EDWARDS, | * |
| Debtor. | *   CASE NO. 17-31058-JPS |
| | * |
| ROBIN ANN EDWARDS, | * |
| Objector | *   CONTESTED MATTER |
| | * |
| vs. | * |
| | * |
| FEDERAL NATIONAL MORTGAGE | * |
| ASSOC ("FANNIE MAE"), by | * |
| SETERUS, INC., as the authorized | * |
| subservicer, | * |
| Respondent. | * |

**ORDER**

The above-styled matter having come before the Court, the Debtor having objected to postpetition mortgage fees, expenses, and charges, and said Objection having been served on the Respondent, and no response having been filed with the Court;

IT IS HEREBY ORDERED that the Objection to Postpetition Mortgage Fees, Expenses and Charges is sustained and Respondent is limited to charges totaling $150.00 for the filing of its proof of claim in this case.

- END OF DOCUMENT -

Prepared by:
Courtney M. Davis, State Bar No. 532131
Harris & Davis, P.C.
P.O. Box 1586, Athens, GA 30603
(706) 613-1953; cdavis@harrisdavispc.com